Exhibit A to the Complaint

**Location:** Vineland, NJ  
**Total Works Infringed:** 39  
**IP Address:** 174.57.198.102  
**ISP:** Comcast Cable

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 137AD8A3FAC25A6F4A03EB02B1C6445EEF5FAB46<br>File Hash: 777145E542AC8B72C2240057F7270AECE9E2E4B0805030C878A458A50F3B15B1 | 11-11-2023 05:48:06 | Vixen | 10-13-2023 | 11-14-2023 | PA0002439697 |
| 2 | Info Hash: 743B3602E3947D7E2E0C0F2C50A1E319355E9209<br>File Hash: DEA04C3638F6A0FDE0AF99820AC7F8170B93F2FFB7C72784E2E70A8A386B3060 | 09-30-2023 18:21:50 | Tushy | 03-19-2023 | 04-07-2023 | PA0002405758 |
| 3 | Info Hash: 2F028B6290E67C19FE07841F3A2B49F2E092B9C6<br>File Hash: E5E5209F32C691F41D63DE13F77F33024E39B4E1244DB195064001EDA96FF600 | 09-25-2023 00:54:01 | Blacked Raw | 09-04-2023 | 09-17-2023 | PA0002430908 |
| 4 | Info Hash: 888B4A983B74213898B7979FC4AD57C0D176885B<br>File Hash: E2D0D26DE1B6D5F935F6A6F484B9D3A790F8C424936AE5BBAD33000A5155493E | 09-04-2023 15:49:26 | Vixen | 08-25-2023 | 09-18-2023 | PA0002431081 |
| 5 | Info Hash: 01145BC9017A327A8089957F2C21C51D46E5C244<br>File Hash: B32823A7CB8DC7612266A1067569C188E60F7CCDD1BC45D9CB3D74ABADD12EDD | 09-04-2023 15:44:51 | Blacked Raw | 08-28-2023 | 09-17-2023 | PA0002430912 |
| 6 | Info Hash: 89DF3178401EA4ABAF938F7190FEC0D0D8E68259<br>File Hash: 547980856AA24C20337A83484AA9B9F9AEC236F7DD4119DE5C9FC6D2F2F44616 | 08-06-2023 02:20:18 | Vixen | 06-30-2023 | 07-13-2023 | PA0002420344 |
| 7 | Info Hash: FA3E8CA60B0B1C49D8686EA90D0C07DD82DA6042<br>File Hash: 3BB9222AF2B33BD675EE012692FB557F49C3E7E006545FE943D9CFC22D7F2387 | 08-06-2023 02:09:16 | Blacked | 08-05-2023 | 08-17-2023 | PA0002425714 |
| 8 | Info Hash: 2D1F93A12D9C1A70C9D7CCB260285AD15520CD5E<br>File Hash: 90608B34C1963992DEB1433847B5D40ED45D451CFA3156146B10C84EFB87F424 | 07-19-2023 01:47:47 | Blacked | 07-15-2023 | 08-17-2023 | PA0002425771 |
| 9 | Info Hash: BF8E6AF14A2C987882D95264350209EACA8673B9<br>File Hash: 12C93B982C71B0E00730A681219A5323614F77EE86CAB21B6B038DD3A363A191 | 06-21-2023 02:24:49 | Blacked Raw | 06-18-2023 | 07-13-2023 | PA0002420357 |
| 10 | Info Hash: ACC005CC5540B73FD43F4D15ABAF01B7245E583F<br>File Hash: 38EA3BEBD5531AA9C70A2F4275A0A9F108E1F1BDA2C9CBB7B347BFEBBC5A2B84 | 06-17-2023 03:08:37 | Blacked | 06-10-2023 | 07-13-2023 | PA0002420362 |
| 11 | Info Hash: D440379C6C7E543015741EEFBB8F44BF694EE1D4<br>File Hash: 01517CCEABABC607027F610CFE2E7D9F1EC4F6171F1FA0588A9FD6BACA8B3956 | 05-16-2023 00:47:13 | Vixen | 05-12-2023 | 06-09-2023 | PA0002415370 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F25A8DD3192FA2965BA54A591774A990C9E80C5B<br>File Hash: E5D18A3131937B4CA5A8BCA3C61A9B24175C98798375CACE01C78476725435D5 | 05-14-2023 03:16:57 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 13 | Info Hash: DBA02866E5BD0D4D5FCFFB15FEB41DBEC49237EE<br>File Hash: 8722DD6B016D4F3C4ED50F3E0C96774BAC510F2F85F539DE9A858C201A2B0B56 | 05-09-2023 01:42:35 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 14 | Info Hash: 677F8707DBCE02AAF8615B7675703C68B74375B2<br>File Hash: F99690C46146A04890C3C77277A19B20D03C814AF12000C32AFBCC114EB2C37E | 04-04-2023 23:26:24 | Blacked | 04-01-2023 | 04-07-2023 | PA0002405761 |
| 15 | Info Hash: 175E0D095B52ACC2F7E9868B5120A097C7B8E4DA<br>File Hash: E8052046FFEA1F18BF916315ABD15D08CD6820977511CB37A0D95D05E529186C | 04-04-2023 23:25:13 | Vixen | 03-31-2023 | 04-09-2023 | PA0002405749 |
| 16 | Info Hash: 8AB9FDD615D0FBC90CCB30F527B01ACF5C3392A9<br>File Hash: 2C455D2C2790A80F7DF0DB958F5EEF9E32ACE7EC7F97467FAE58299545A9B231 | 03-07-2023 03:09:33 | Blacked Raw | 02-28-2023 | 03-05-2023 | PA0002399873 |
| 17 | Info Hash: AB6EBAFD49EADD71F2316803BF55B6FB26B81EFA<br>File Hash: 22615C4D20273E938E3CC616950F1799A09B612D67EDC9E5CEBB1131A780617F | 02-17-2023 18:41:26 | Blacked | 02-11-2023 | 03-07-2023 | PA0002400311 |
| 18 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash: 373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02-10-2023 04:16:10 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 19 | Info Hash: 98637BC929C57772C85F3F1EFDF1AB3B6D91489A<br>File Hash: 65D701372E05609BDB1A44C216DF869336C4B724B51ABF3575FFA5DF4F072370 | 01-30-2023 22:25:45 | Blacked | 01-28-2023 | 03-07-2023 | PA0002400316 |
| 20 | Info Hash: 07D183ACDE4666D48DFBBFDA039D1220D6923FFC<br>File Hash: 1E73D1FD032959A1C730487798EF0AD3ED74284AF34DDA527545678185923601 | 01-26-2023 00:20:31 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 21 | Info Hash: BAB0E5B328DD935698943D7C572BF63BFBB6C886<br>File Hash: C1DFAA775677D4FC02110E93275C748355482A4288E3F02CF19D14693A48FB43 | 01-20-2023 02:10:38 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 22 | Info Hash: 3288E1B15FBABC29A6EFD53A33AED22403A0FED7<br>File Hash: 5664136B8F7CBBC79F414F877E5C49BC69B2E19CF2643EC8340106AF1B4D994F | 01-12-2023 03:00:31 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 23 | Info Hash: CB4EC1F25FFAD874268462833D653891B9ECD633<br>File Hash: D8422E88707AA9414A70FAA0DD5969D9A5F87EABA6E4F63618174E5384856243 | 01-04-2023 00:37:57 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: CF36F45DF2833E0C4D10621B285785F4078B05CE<br>File Hash: 4A3A50C8A137603AF774B9BE906EE3DE38433461B05B22F5B4FC817E199A4ABC | 12-27-2022 03:06:01 | Vixen | 12-23-2022 | 01-10-2023 | PA0002389606 |
| 25 | Info Hash: 95C8B15EF533C5F1F122A9DF55C3915956A10ED7<br>File Hash: 4CAEF4F10C5BF07082B3112EBF043FA44613098E2AAE0DA74FBCA5FA07B1DB70 | 12-20-2022 02:11:14 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |
| 26 | Info Hash: 7DFD7054EC044D7382229CAC29482FF09B4A78B4<br>File Hash: BCDD15907FDBD565AE5238658FBD2C07E950E8AEA04D6FB530B337FD59252F27 | 11-28-2022 03:48:31 | Blacked Raw | 10-31-2022 | 12-11-2022 | PA0002384770 |
| 27 | Info Hash: 43EED9CE8E5D6617A4583D8D2CBFC70C077744CD<br>File Hash: 575ABAA65CDDDCEB4338CA4315340EB9779E202370B4B726C38F5AB8924F3233 | 11-28-2022 03:48:13 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 28 | Info Hash: 3D12C142E56A6E39459711907ACDD5A07DA03127<br>File Hash: DBC642F9DE43810227B6EDE773175652DD06978B99E6B302A7F07C9F2EAEBD77 | 11-21-2022 03:47:30 | Vixen | 11-18-2022 | 12-11-2022 | PA0002384397 |
| 29 | Info Hash: 89C58C66D343F338D5F2A7B1B7FDC6DFB12C7050<br>File Hash: 62EEE16EFC2EA791C25B323955530CAC9F89AB9D7FBBB5BBC6ED49E1669F0A31 | 11-21-2022 03:47:15 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 30 | Info Hash: DDBB00FC42073359E8ECFC10A46AA9A2C89E3591<br>File Hash: 31A340DED1153F86AC6200961C0AE32914813D50B8F2C32FAFEAB54018D3AF15 | 10-21-2022 02:37:57 | Vixen | 10-14-2022 | 10-31-2022 | PA0002377830 |
| 31 | Info Hash: DFC677B3BCF37A7E55404E3E5731941D2359FFB0<br>File Hash: 5F25B590AD4112FF595A46ACD69C7C25FA4627AEE952A25AB8DFE68590703A31 | 10-19-2022 02:08:30 | Blacked | 10-15-2022 | 11-01-2022 | PA0002378073 |
| 32 | Info Hash: C7DBB7401AB0BBD41AE23CE6443DE6A5AD4E47DA<br>File Hash: 2FDBFE4079E8F6F7897B1A65D8A7C6A97ACF1CEC928105DF9E83DAFAE121B75A | 10-19-2022 02:06:01 | Blacked Raw | 10-06-2022 | 11-01-2022 | PA0002378072 |
| 33 | Info Hash: 72DAF55819D6563D2481C326541366375187C5FC<br>File Hash: 48B2E2DC38332CEA3BDB4CF74F72F12B40B44FB2A885D5392D56F2242EAA1895 | 07-21-2022 03:05:11 | Blacked | 07-02-2022 | 07-22-2022 | PA0002359461 |
| 34 | Info Hash: AE7859A84B38AA3012FC54F8083DC7BB98EEA9CB<br>File Hash: A8144653928B76356ECFE207ACB692A2DF407F16908E1A7C3BDC87A3E8829DE5 | 07-21-2022 03:02:08 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 35 | Info Hash: EC40852D6DAF26790A6256DD34017213CD1756BF<br>File Hash: D7973478B39F77F9FD87444AD83D272C340EFE1590C85CC40F93A503B7B38A61 | 02-27-2022 06:04:59 | Blacked | 01-29-2022 | 02-14-2022 | PA0002335485 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 3D5E2315A5B5A6730F2D7BE6EE853CA790FFFEA1<br>File Hash:<br>6B70DD0F4DE298F139E72133BCC77A9EF5A0B4B7FF25A25895B6AA8D01BB1AD9 | 02-20-2022 16:26:44 | Vixen | 02-18-2022 | 03-29-2022 | PA0002342837 |
| 37 | Info Hash: 1F04A658776E7678A5EE5802AD205192A887C27F<br>File Hash:<br>1C17C9B7578C9EC3DE13D30A9F25ED137AB19E71AD4764FFE7D06991A5689BB3 | 02-20-2022 16:25:26 | Vixen | 01-21-2022 | 02-14-2022 | PA0002335466 |
| 38 | Info Hash: 9F60EBB81F4C2CC20B87E20A0DF8F2F146FAF3DE<br>File Hash:<br>66C17539B3EB7FD12B6862F331F6C960DB542F9885E0A225FFF373C780097FE1 | 12-23-2021 20:25:20 | Vixen | 12-17-2021 | 01-17-2022 | PA0002330110 |
| 39 | Info Hash: 0C6C0C31980EB1B7FC0BD5D3BE2436167D73819D<br>File Hash:<br>F6D29449BE73E94125DD3E552A3091094642E5D41C9F7475AB8C868D0DC4C7C7 | 12-23-2021 20:20:10 | Blacked Raw | 12-20-2021 | 01-17-2022 | PA0002330107 |